1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **RYAN VENCI, ESQ.**
   Nevada Bar No. 7547
3  **BRANDON | SMERBER LAW FIRM**
4  139 E. Warm Springs Road
   Las Vegas, Nevada 89119
5  (702) 380-0007
   (702) 380-2964 – *facsimile*
6  l.brandon@bsnv.law
7  r.venci@bsnvlaw.com
   *Attorneys for Defendant,*
8  *99 CENTS ONLY STORES, LLC*

9
                  **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF NEVADA**

11  SHIRLEY E. SIMON,                           CASE NO.:  2:23-cv-00379-JAD-VCF
12
            Plaintiff,
13  vs.
14
    99 CENTS ONLY STORES LLC d/b/a 99¢
15  ONLY STORES, a Foreign Limited-Liability
    Company; DOES I-X, Inclusive, ROE
16  Corporations I-X, inclusive,
17
            Defendants.
18

19        **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

20        Pursuant to Local Rule IA 11-6, Lew Brandon, Jr., Esq. and Ryan Venci, Esq., respectfully
21  move the court for an order removing attorney Danielle Kolkoski, Esq. (Nevada Bar No. 8506),
22
    email address d.kolkoski@bsnv.law, from the electronic service list as she is no longer counsel
23
    of record for 99 Cents Only Store, LLC.  Danielle Kolkoski, Esq. is no longer an attorney with
24
25  Brandon│Smerber Law Firm.  Danielle Kolkoski's removal will not delay these proceedings

26  because Brandon│Smerber Law Firm will remain counsel for 99 Cents Only Stores, LLC.
27
    Accordingly, there is good cause to justify granting Ms. Kolkoski's removal from the electronic
28
    / / /

service list in this case.

DATED this 3rd day of November, 2023.

**BRANDON │ SMERBER LAW FIRM**

IT IS SO ORDERED.

*/s/ Lew Brandon, Jr., Esq.*
**LEWIS BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-6-2023

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 3rd day of November, 2023, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

**MICHAEL C. KANE, ESQ.**
Nevada Bar No. 10096
**BRADLEY J. MYERS, ESQ.**
Nevada Bar No. 8857
**NICHOLAS J. DION, ESQ.**
Nevada Bar No. 16071
**THE702FIRM**
8335 West Flamingo Road
Las Vegas, Nevada 89147
(702) 776-3333
Facsimile (702) 505-9787
*Attorneys for Plaintiff,*
*SHIRLEY E. SIMON*

*/s/ Maybelline Valle*
An Employee of Brandon │ Smerber Law Firm