1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

Shirley E. Simon,

      Plaintiff

v.

99 Cents Only Stores, LLC,

      Defendant

Case No.: 2:23-cv-00379-JAD-MDC

**Order Staying and Administratively Closing Case**

[ECF No. 22]

8       In April 2024, defendant 99 Cents Only Stores, LLC, filed a notice that it has filed for

9  Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware.[1]  The

10  filing of a petition for relief under the Bankruptcy Code commences a bankruptcy case and

11  creates a bankruptcy estate that "is protected by an automatic stay of actions by all entities to

12  collect or recover on claims."[2]  "The automatic stay is self-executing, effective upon the filing of

13  the bankruptcy petition."[3]  "The scope of the stay is quite broad."[4]  "It applies to almost any type

14  of formal or informal action against the debtor or property of the estate."[5]  "The automatic stay is

15  an injunction issuing from the authority of the bankruptcy court, and bankruptcy court orders are

16  not subject to collateral attack in other courts."[6]  "That is so not only because of the

17  'comprehensive jurisdiction' vested in the bankruptcy courts, but also because 'persons subject

18  to an injunctive order issued by a court with jurisdiction are expected to obey that decree until it

19

20  [1] ECF No. 22.

21  [2] *Burton v. Infinity Cap. Mgmt.*, 862 F.3d 740, 746 (9th Cir. 2017) (citing 11 U.S.C. § 362(a)).

[3] *Id.* (quotation omitted).

22  [4] *Id.* (brackets and quotation omitted).

23  [5] *Id.* at 746–47 (quotation omitted).

[6] *In re Gruntz*, 202 F.3d 1074, 1082 (9th Cir. 2000).

is modified or reversed, even if they have proper grounds to object to the order.'"[7]  The automatic stay of judicial actions against the bankrupt party expires at "the earliest of" the time that the bankruptcy "case is closed . . . or dismissed" or, in cases under chapters 9, 11, 12, or 13 of the Bankruptcy Code, "the time [that] a discharge is granted or denied."[8]

**Conclusion**

Accordingly, IT IS THEREFORE ORDERED that **this case is automatically STAYED** due to 99 Cents Only Stores, LLC's bankruptcy proceedings.  **The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.**

_____
U.S. District Judge Jennifer A. Dorsey
July 25, 2024

---

[7] *Id.* (quoting *Celotex Corp. v. Edwards*, 514 U.S. 300, 306, 313 (1995)).

[8] 11 U.S.C. § 362(c)(2)(A)–(C).