**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Shirley E Simon,

                Plaintiff(s),

vs.

99 Cents Only Stores, LLC,

                Defendant(s).

**2:23-cv-00379-JAD-MDC**

**ORDER GRANTING STIPULATION**

Pending before the Court is a *Motion to Withdraw as Attorney* (ECF No. 24) filed by defendant's counsel, Lew Brandon, Esq. and Ryan Venci, Esq. For good cause shown and because the Motion is unopposed, the Court GRANTS the *Motion to Withdraw* (ECF No. 24).

The Court notes that it is unclear from the motion and from the docket whether Jeffrey J. Orr and Homero Ali Gonzalez remain as counsel of record, for defendant. If Jeffrey J. Orr and Homero Ali Gonzalez are no longer counsel of record, or are also withdrawing, defendant may file a motion to withdraw regarding the aforementioned counsels.

Defendant is a corporate entity. Therefore, the Court warns defendant that in federal courts, corporate entities may only appear through licensed counsel. *United States v. High Country Broad. Co*, 3 F.3d 1244, 1245 (9th Cir. 1993). Failure to timely file a *Notice of Appearance of Counsel* once the bankruptcy stay is lifted or this matter reopened may result in a recommendation for terminating sanctions against the defendant, or any other sanction the Court deems necessary.

//

//

//

//

//

The Court also directs counsel for defendant to serve a copy of the order to Meta Advisors, LLC via certified mail and subsequently file a Certificate of Service confirming compliance.

ACCORDINGLY,

**IT IS ORDERED that:**

1. *Motion to Withdraw as Attorney* (ECF No. 24) is **GRANTED**.

2. The Clerk of Court is kindly directed to remove Lew Brandon, Esq. and Ryan Venci. Esq. as counsel of record for defendant 99 Cents Only Stores, LLC.

3. Defendant shall clarify whether Jeffrey J. Orr and Homero Ali Gonzalez remain, or are to remain as counsel of record, for defendant.

4. The Court also directs counsel for defendant to serve a copy of the order to Meta Advisors, LLC via certified mail and subsequently file a Certificate of Service confirming compliance.

DATED May 21, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge