MARISA POCCI, ESQ.
Nevada Bar No. 10720
RONALD D. GREGORY, ESQ.
Nevada Bar No. 6995
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Pkwy, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: Pocci@litchfieldcavo.com
Email: Gregory@litchfieldcavo.com
*Attorneys for Defendant,*
*99 Cents Only Stores LLC dba 99¢ Only Stores*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIRLEY E. SIMON,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES, LLC d/b/a 99¢ ONLY STORES, a Foreign Limited-Liability Company; DOES I-X, Inclusive, ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00379-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 30] |

IT IS HEREBY STIPULATED between SHIRLEY E. SIMON, Plaintiff, by and through her counsel of record, THE 702 FIRM, and 99 CENTS ONLY STORES, LLC d/b/a 99¢ ONLY STORES, Defendant, by and through its counsel of record, LITCHFIELD CAVO LLP, that any and all Complaints filed by Plaintiff in this case, and each and every cause of action therein, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs

IT IS FURTHER STIPULATED the case is closed.

**IT IS SO STIPULATED.**

DATED this July 22nd, 2026

**THE 702 FIRM**

By: ______________

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702-505-9787
Email: service@the702firm.com
*Attorneys for Plaintiff*

Robert D. Rourke, Esq.
Nevada Bar No. 5757
on Behalf of Michael C. Kane

DATED this July 23rd, 2026

**LITCHFIELD CAVO, LLP**

By: Marisa A. Pocci

MARISA POCCI, ESQ.
Nevada Bar No. 10720
RONALD D. GREGORY, ESQ.
Nevada Bar No. 6995
3993 Howard Hughes Pkwy, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: Pocci@litchfieldcavo.com
Email: Gregory@litchfieldcavo.com
*Attorneys for Defendant,*
*99 Cents Only Stores LLC dba 99¢ Only Stores*

**ORDER**

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

______________________________
UNITED STATES DISTRICT JUDGE

DATE: **July 24, 2026**